UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2-00-CR-199-PMP-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT WILLIAMS | ) | |
| aka Kevin Lamont Lacy | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#35), sentencing held on February 5, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MERRILL LYNCH
Amount of Restitution: $53,730.47

Name of Payee: FIRST USA CREDIT CARD COMPANY
Amount of Restitution: $23,553.85

**Total Amount of Restitution ordered: $77,284.32\*\***
\*\*Joint and Several with co-defendant Thania Mendoza and Willie Dochee (case 1:10CR00155-001 in So. District of Indiana)

Dated this ____18____ day of July 2019.

_____
UNITED STATES DISTRICT JUDGE